IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:07CR14

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **ORDER OF DISMISSAL** |
| ) | |
| PRIMITIVO PEREZ ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: January 24, 2008

Lacy H. Thornburg
United States District Judge